Argued and submitted February 26, conviction affirmed; remanded for resentencing
March 31, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD CHARLES PETTY II,
*Appellant.*

(C9105-32545; CA A72667)

848 P2d 662

Steven V. Humber, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Morgan*, 116 Or App 338, 842 P2d 406 (1992), *rev allowed* 315 Or 442 (1993).